

FILED
NOV 17 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SCOTT HASTINGS,<br>a/k/a "Khalid,"<br><br>Defendant. | Case No. 25 CR - 442 JFH<br><br>**INDICTMENT**<br>[COUNT ONE: 18 U.S.C.<br>§ 2339B(a)(1) – Attempting to<br>Provide Material Support to a<br>Foreign Terrorist Organization;<br>COUNT TWO: 18 U.S.C. §§ 922(o)<br>and 924(a)(2) – Illegal Possession<br>and Transfer of Machineguns;<br>Forfeiture Allegation: 18 U.S.C.<br>§§ 981(a)(1)(C), (G) and 924(d)(1)<br>and 28 U.S.C. § 2461 – Terrorism<br>and Firearms Forfeiture] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**[18 U.S.C. § 2339B(a)(1)]**

From on or about March 26, 2025, to on or about September 23, 2025, in the Northern District of Oklahoma, the defendant, **ANDREW SCOTT HASTINGS**, a/k/a "Khalid," knowingly attempted to provide material support and resources, that is, firearm parts and machinegun conversion devices, to a foreign terrorist organization, namely al-Qa'ida, knowing that al-Qa'ida was a designated terrorist organization and had engaged in and was engaging in terrorist activity and terrorism, and the offense occurred in whole or in part within the United States.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT TWO
### [18 U.S.C. §§ 922(o) and 924(a)(2)]

From on or about July 16, 2025, to on or about September 23, 2025, in the Northern District of Oklahoma, the defendant, **ANDREW SCOTT HASTINGS** a/k/a "Khalid," knowingly possessed and transferred machineguns, specifically, machinegun conversion devices of the type commonly referred to as a Glock switch.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION
[18 U.S.C. §§ 981(a)(1)(C) and (G), § 924(d)(1) and 28 U.S.C. § 2461]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **ANDREW SCOTT HASTINGS**, shall forfeit to the United States all foreign and domestic assets affording him a source of influence over a foreign terrorist organization, all foreign and domestic assets acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism, all foreign and domestic assets derived from, involved in, or used or intended to be used to commit any federal crime of terrorism, and any firearm and ammunition involved in or used in the knowing commission of such offenses.

All pursuant to pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
NATHAN E. MICHEL  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson