**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 25-CR-442-JFH** |
| **v.** | |
| **ANDREW SCOTT HASTINGS,** | |
| **Defendant.** | |

**OPINION AND ORDER ON THE GOVERNMENT'S CLASSIFIED, *EX PARTE, IN CAMERA* MOTION PURSUANT TO 18 U.S.C. APP. 3 (CLASSIFIED INFORMATION PROCEDURES ACT), SECTION 4 AND FEDERAL RULES OF CRIMINAL PROCEDURE 16(d)(1) AND 26.2(c)**

Before the Court is the Government's Classified *Ex Parte*, *In Camera* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Rules 16(d)(1) and 26.2(c) of the Federal Rules of Criminal Procedure ("Government's Motion"). In its motion, the government requested that the Court, pursuant to CIPA § 4, Fed. R. Crim. P. 16(d)(1) and 26.2(c), and the applicable law: (1) conduct an *ex parte*, *in camera* review of the government's submission; (2) authorize the government to delete from discovery information not relevant and helpful to the defense or cumulative of information previously provided; and (3) order that the entire text of the government's motion and all accompanying exhibits shall not be disclosed to the defense and shall be sealed and preserved in the records of the Court to be made available for future review of these proceedings, as appropriate.

The Court has carefully considered the government's discovery obligations, including but not limited to its obligations pursuant to Federal Rules of Criminal Procedure 16 and 26.2, 18

U.S.C. § 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny. Having carefully considered the government's discovery obligations and the Government's Motion, and the declarations and exhibits filed therewith, the Court **GRANTS** the Government's Motion.

The Court finds that the Government's Motion was properly filed *ex parte*, *in camera*, for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1). The Court has conducted an *ex parte*, *in camera* review of the Government's Motion and classified declaration of a United States government official. On the basis of the Court's independent review of the information and the arguments set forth in the Government's Motion, the Court finds that the classified information referenced therein implicates the government's national security and classified information privilege because the information is properly classified, and its disclosure could cause serious damage to the national security of the United States. The Court finds the government has properly invoked the classified information and national security privilege as to the information referenced in the classified order.

Accordingly, **IT IS ORDERED** that the government is authorized to withhold from discovery to the defense the classified information outlined in the Government's Motion, as specified in the classified order entered contemporaneously with this public order.

**IT IS FURTHER ORDERED** that the Government's Motion and all accompanying declarations and classified exhibits shall not be disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of such classified information by the Court Security Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

IT IS SO ORDERED.

DATED: October 6, 2026.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE